UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **SARAH HUCKABAY** | : | **DOCKET NO. 5:22-cv-4297** |
| **VERSUS** | : | **JUDGE S. MAURICE HICKS, JR.** |
| **DOVER BAY SPECIALTY INSURANCE CO, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [Rec. Doc. 17], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [Rec. Doc. 17] is **ADOPTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

This civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3. Any such showing to be made in writing and filed into the record of this matter.

**THUS DONE AND SIGNED,** in Chambers, in Shreveport, Louisiana, this 5th day of September, 2023.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT